UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GS HOLISTIC, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>NOVATO WIRELESS, LLC, and others,<br><br>    Defendants. | Case Nos.  5:22-cv-07227 NC<br>               5:22-cv-07628 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| GS HOLISTIC, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>XOTIC SMOKES, INC., and others,<br><br>    Defendants. | |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to the Honorable Virginia K. DeMarchi for consideration of whether the case is related to 5:22-cv-07097 VKD, *GS Holistic, LLC v. Exotic Puff N Stuff, Inc., d/b/a/ Exotic Puff N Stuff, and others*.

**IT IS SO ORDERED.**

Dated: December 9, 2022

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 22-cv-07227 NC
SUA SPONTE JUDICIAL REFERRAL